IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-00979-BKT7 |
| LIDUVINO CAMACHO DIAZ | Chapter 7 |
| Debtor(s) | |
| BANCO POPULAR DE PUERTO RICO | |
| Movant | |
| LIDUVINO CAMACHO DIAZ | FILED & ENTERED ON JUN/06/2019 |
| Respondent(s) | |

ORDER

Upon debtor's consent (docket entry #16), the Motion for Relief of Stay filed by Banco Popular de Puerto Rico (docket entry #14) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6 day of June, 2019.

Brian K. Tester
United States Bankruptcy Judge