IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. **19-00979 BKT** |
| | * | |
| LIDUVINO CAMACHO DIAZ | * | CHAPTER 7 |
| | * | |
| DEBTOR | * | |

**MOTION FOR REOPENING OF CASE UNDER 11 U.S.C. §350(b)**

TO THE HONORABLE COURT:

COMES NOW, **LIDUVINO CAMACHO DIAZ,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On February 25, 2019, the Debtor filed a petition for relief under Chapter 7 of Title 11, 11 U.S. Code §§701 *et seq*.

2. On March 29, 2019, the appointed Trustee Noreen Wiscovitch Rentas, Esq., filed a *Report of No Distribution*, Docket No. 11, and a *Notice*, Docket No. 12, of said *Report of No Distribution*, was given to all creditors and parties in interest, in the above captioned case.

3. On June 12, 2019, this Honorable Court entered an Order, *Discharge of Debtor* Docket No. 21, in the above captioned case.

4. On June 12, 2019, the Court issued an *Order Discharging Trustee and Closing the Estate*, Docket No. 22.

5. That due to an inadvertence and/or involuntary omission, the Debtor forgot to list and include in the Debtor's original *Schedule E/F*, Docket No. 01, a personal loan owed to an unsecured creditor, Oscar Super Cash and Carry, in the sum of $950.00.

6. That said unsecured creditor, Oscar Super Cash and Carry, has recently commenced collection efforts against the Debtor to collect on said unlisted claim.

Page – 2 –
Motion for reopening of case 11 USC §350(b)
Case no. 19-00979 BKT7

7. Under Section 350(b) of the Bankruptcy Code, 11 U.S.C. §350(b), a debtor may request by motion that the court reopen a case to accord relief to the debtor or for other cause. 11 U.S.C. §350(b) and Rules 5009 and 5010 of the Federal Rules of Bankruptcy Procedure.

8. The Debtor respectfully requests this Honorable Court to Order the reopening of the above captioned bankruptcy case to allow the Debtor to file Amended Schedule "E/F "to include the aforementioned unsecured creditor: Oscar Super Cash and Carry, PO Box 5906 Caguas, Puerto Rico 00726, in the sum of $950.00. Rules 5009 and 5010 of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE,** The Debtor respectfully requests this Honorable Court to Order the reopening of the above captioned bankruptcy case to allow the Debtor to file Amended Schedule "E/F "to include the aforementioned unsecured creditor, Oscar Super Cash and Carry, PO Box 5906 Caguas, Puerto Rico 00726, in the sum of $950.00.

## NOTICE UNDER P.R. LBR 5010-1:

**You are hereby notified that the debtor has filed a motion for the re-opening of her Chapter 7 case. All parties in interest are given twenty-one (21) days and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f), if you were served by mail, to object or oppose, in writing, the debtors' request for case re-opening.**

**Notice is hereby given that any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto**

Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date a copy of this motion was electronically filed using the CM/ECF system which will send notification of same to: the Chapter 7 Trustee Noreen Wiscovitch Rentas, Esq.; US Trustee's Office, Monsita Lecaroz, Esq., Assistant US Trustee; and to all CM/ECF participants, I also certify that a copy of this motion was sent via regular US Mail to: Oscar Super Cash and Carry, PO Box 5906 Caguas PR 00725; Liduvino Camacho Diaz, HC 20 Box 10389 Juncos PR 00777; and to all creditors and parties in interest (CM/ECF non-participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 22nd day of October, 2019.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00725
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rfc@rfigueroalaw.com

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO              RELIABLE AUTO A DIVISION OF POPULAR AUTO LLC
0104-3                                   MORTGAGE COUNSELING AND BANKRUPTCY (762)  PO BOX 21382
Case 19-00979-BKT7                       PO BOX 362708                             SAN JUAN, PR 00928-1382
District of Puerto Rico                  SAN JUAN, PR 00936-2708
Old San Juan
Tue Oct 22 08:54:49 AST 2019

US Bankruptcy Court District of P.R.     Autoridad Financiamiento Vivienda         Banco Popular de Puerto Rico
Jose V Toledo Fed Bldg & US Courthouse   PO Box 71361                              Bankruptcy Department
300 Recinto Sur Street, Room 109         San Juan, PR  00936-8461                  PO Box 366818
San Juan, PR 00901-1964                                                            San Juan, PR  00936-6818


Departamento de Hacienda                 (p)INTERNAL REVENUE SERVICE               Luz Maria Rivera Rodriguez
PO Box 9024140                           CENTRALIZED INSOLVENCY OPERATIONS         PO Box 6044
San Juan, PR  00902-4140                 PO BOX 7346                               Caguas, PR  00726-6044
                                         PHILADELPHIA PA 19101-7346


Thd/Cbna                                 LIDUVINO CAMACHO DIAZ                     MONSITA LECAROZ ARRIBAS
PO Box 6497                              HC 20 Box 10389                           OFFICE OF THE US TRUSTEE (UST)
Sioux Falls, SD  57117-6497              JUNCOS, PR 00777-9618                     OCHOA BUILDING
                                                                                   500 TANCA STREET  SUITE 301
                                                                                   SAN JUAN, PR  00901


NOREEN WISCOVITCH RENTAS                 ROBERTO FIGUEROA CARRASQUILLO
PMB 136                                  PO BOX 186
400 CALAF STREET                         CAGUAS, PR 00726-0186
SAN JUAN, PR 00918-1314
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)BANCO POPULAR DE PUERTO RICO           End of Label Matrix
MORTGAGE COUNSELING AND BANKRUPTCY (762)  Mailable recipients   13
PO BOX 362708                             Bypassed recipients    1
SAN JUAN PR 00936-2708                    Total                 14
```